**ROBERT MANN**, CSB 48293
**DONALD W. COOK**, CSB 116666
ATTORNEYS AT LAW
3435 Wilshire Blvd., Suite 2900
Los Angeles, CA  90010
Tel: (213) 252-9444; Fax: (213) 252-0091
E-mail: manncook@earthlink.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP REED, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LEE BACA, Sheriff, individually and in his official capacity; COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV10-5766 JHN (JCx)<br><br>DISCOVERY MATTER<br><br>**PROTECTIVE ORDER RE DISCOVERY PRODUCED BY DEFENDANTS COUNTY OF LOS ANGELES AND LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**<br><br>**[CHANGES MADE BY COURT]** |

Pursuant to the parties' stipulation (including the terms therein) and good cause appearing therefor, IT IS HEREBY ORDERED that the following items are covered by this protective order:

1) Entire booking jacket under the name of Marcus Anthony Reid, DOB 9/25/79 pertaining to the arrest(s) having to do with the warrant upon which plaintiff was arrested, but not other arrests (Plaintiff's brother) (R4P 24);

2) The Los Angeles County Consolidated Criminal History for Phillip John Reed, DOB 1/21/81 (Plaintiff) (R4P 28);

3) The Los Angeles County Consolidated Criminal History under CII# A30157089 (Plaintiff) (R4P 29);

4) The Los Angeles County Consolidated Criminal History for Marcus Anthony Reid, DOB 9/25/79 (Plaintiff's brother) (R4P 30);

5) The Los Angeles County Consolidated Criminal History under CII# A11401270 (Plaintiff's brother) (R4P 31);

6) Plaintiff's criminal history, as maintained by the California Department of Justice (R4P 32);

7) The criminal history under CII# A30157089, as maintained by the California Department of Justice (Plaintiff) (R4P 33);

8) The criminal history for Marcus Anthony Reid, DOB 9/25/79, as maintained by the California Department of Justice (R4P 34);

9) The criminal history under CII# A11401270, as maintained by the California Department of Justice (Plaintiff's brother) (R4P 35);

10) AJIS DATA (defined as booking number and release date) for prisoners released from LASD custody at any time from January 1, 1997 through December 31, 2010, where the prisoner's release code was WDEF. (The AJIS DATA will be produced as a Microsoft Access file on either a DVD or CD-ROM. (R4Ps 25 & 42));

11) All entries from disputed warrant/calendar log books dating from October 1, 2006 through December 31, 2010. (Defendants stipulate these are all such log books for this time period that defendants maintained regardless of the particular jail facility where a prisoner made his complaint of wrongful confinement. (R4P 27).

The use and dissemination of the items identified in this Order, as well as any information obtained through the execution of this stipulation and any responses to discovery produced through this stipulation, is limited to the prosecution and/or defense of claims in this lawsuit, and shall not be used in any other lawsuit; shall not, except to the extent otherwise indicated herein or absent further Court order, be disclosed to persons other than the parties, their counsel and their staffs, and consultants or experts retained by the parties in connection to this lawsuit; that it is the responsibility of counsel for the parties to inform all persons who receive the documents of the contents of this order and its restrictions; that if any of the documents are filed with the Court, the filing party must submit the documents for filing under seal and comply with L.R. 79-5.1 and 79-5.4, and, absent further order of the Court, none of the documents covered by this protective order shall be filed with the Court in any form except under seal; and that all documents produced pursuant to this order, and any copies made of them (except as may be on file with the Court), shall be returned to counsel for the County of Los Angeles at the conclusion of the litigation (entry of final judgment, appellate decision, or dismissal pursuant to a stipulation by the parties). If copies of the documents have counsel's notes on them they may be destroyed, and a certification of destruction, signed by Plaintiffs' counsel under penalty of perjury, may be provided to counsel for the County of Los Angeles and filed with the Court within 45 days of the conclusion of the litigation in lieu of returning the documents.

Plaintiff, having expressly consented by and though his counsel of record to the production of his local and state criminal history data, subject to the terms of this protective order, may not pursue any remedies under California or federal law against any person, party, third party, or attorney for production of his local and state criminal history data.

Counsel of record for the County of Los Angeles and Plaintiff in this action are hereby expressly authorized to receive the criminal history data listed above pursuant to California Penal Code § 13301(b). Counsel of record for the County of Los Angeles is hereby expressly authorized to produce the criminal history data listed above to counsel for Plaintiff Phillip Reed pursuant to California Penal Code § 13300, et seq.

DATED: April 13, 2011

/s/
Honorable Jacqueline Chooljian
U.S. Magistrate Judge