UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP REED, | Case No. 2:10-cv-05766-JHN -JCx |
| Plaintiff, | **JUDGMENT** |
| v. | Judge: Jacqueline H. Nguyen |
| LEE BACA, *et al.*, | |
| Defendants. | |

**TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

On June 6, 2011, the Court, Hon. Jacqueline H. Nguyen, District Judge Presiding, held a hearing on Defendants Sheriff Lee Baca ("Baca"), County of Los Angeles ("County"), and Los Angeles County Sheriff's Department's ("LASD") Motion for Summary Judgment. ("Motion"; docket no. 18.) After fully considering the briefs and evidence filed in this matter, as well as oral arguments presented at the hearing, the Court, having duly rendered a decision on July 22, 2011, GRANTED Defendants' Motion as to the first and second claims (premised on alleged violations of the Fourth Amendment and Fourteenth Amendment) and

declined to exercise supplemental jurisdiction over Plaintiffs' third, fourth, and fifth claims (premised on alleged violations of state law).

**NOW, THEREFORE, IT IS ORDERED AND ADJUDGED that:**

1. Plaintiff shall take nothing by his Complaint;
2. Judgment shall be entered in favor of Defendants on the first and second claims and such claims shall be dismissed on the merits;
3. Plaintiff's third, fourth, and fifth claims shall be dismissed based on the Court declining to exercise supplemental jurisdiction over the claims; and
4. Defendants shall recover their costs.

DATED: July 22, 2011

_____
Honorable Jacqueline H. Nguyen
UNITED STATES DISTRICT COURT